UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

WINDWARD BORA LLC,

                         Plaintiff,                    **MEMORANDUM & ORDER**
                                                       24-CV-8823 (EK)(PCG)
               -against-

THOMAS et al.,

                         Defendants.

----------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cross-Goldenberg's Report and Recommendation (R&R) dated February 26, 2026.  ECF No. 18.  Judge Cross-Goldenberg recommends that plaintiff's motion for default judgment against defendants Thomas and NYCECB be denied without prejudice to renew.  She further recommends that plaintiff's motion for default judgment against NYCPVB and NYCTAB be denied and that the claims against them be dismissed.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's

motion for default judgment is denied without prejudice as to

defendants Thomas and NYCECB and with prejudice as to defendants

NYCPVB and NYCTAB.  Plaintiff's claims against NYCPVB and NYCTAB

are hereby dismissed, with leave to amend.  If plaintiff does

not file an amended complaint within 30 days, the Clerk of Court

is respectfully directed to dismiss defendants NYCPVB and NYCTAB

from this action.


        SO ORDERED.


                          /s/ Eric Komitee
                         ERIC KOMITEE
                         United States District Judge



Dated:     March 16, 2026
           Brooklyn, New York